UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.  12-cr-00163-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUIS CARLOS VALENZUELA-MEDINA, a/k/a Luis Valenzuela-Soria,

    Defendant.

## ORDER

    THIS MATTER came before the Court on a competency hearing on Tuesday, May 21, 2013.  By way of background, Defendant initially filed a Notice of Disposition on April 23, 2012, and a change of plea hearing was set for May 30, 2012.  That hearing was vacated after Defendant filed an motion indicating that while he did not withdraw his Notice of Disposition, defense counsel believed that before proceeding further there was a need for a comprehensive psychological evaluation of Defendant to explore the question of mental impairment.

    In August 2012, a sealed Confidential Psychological Evaluation Report of Defendant by Dr. Jane Wells was filed with the Court.  That report indicated that Defendant "is of extremely low intellectual functioning", that "it is highly improbable that he would be able to understand a 'fast track' plea agreement", and that "it is unlikely [Defendant] could sufficiently understand the implications of such an agreement for penalty or how it even relates to his own situation."  (ECF No. 19.)  Nonetheless, and in

despite of the cognitive issues noted by Dr. Wells, Defendant's third status report filed in August 2012 indicated and gave notice that Defendant intended to plead guilty.  (ECF No. 20.)  A change of plea hearing was then set for September 17, 2012.

On September 14, 2012, defense counsel filed an Unopposed Motion for Competency Evaluation.  (ECF No. 23.)  I granted this motion by Order of September 25, 2012, and a psychiatric evaluation was ordered.  (ECF No. 25.)  On November 19, 2012, a Forensic Evaluation was issued by Jeremiah Dwyer, Ph.D., finding that Defendant is competent.

A status conference was held on February 7, 2013.  On February 14, 2013, defense counsel filed a Second Unopposed Motion for Competency Evaluation, asking for an updated psychiatric examination of the Defendant by Dr. Karen Fukutaki for the purpose of determining Defendant's competency.  (ECF No. 37).  That motion was granted by Order of February 14, 2013.  (ECF No. 38.)  On March 4, 2013, Dr. Karen Fukutaki prepared a Competency Evaluation.  She found that while Defendant has an Adjustment Disorder with depression and anxiety, he is competent to proceed.

At the competency hearing, defense counsel represented that based on the last two evaluations of Defendant by Drs. Dwyer and Fukutaki which found Defendant competent, she did not intend to dispute Defendant's competency.  I find from an independent review of the reports of Dr. Dwyer and Dr. Fukutaki that Defendant is competent to stand trial.  Thus, I find that Defendant has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding, and that he

Case 1:12-cr-00163-WYD   Document 44   Filed 05/28/13   USDC Colorado   Page 3 of 4

has a factual understanding of the proceeding against him.  *See Dusky v. United States*, 362 U.S. 402 (1960).

Accordingly, it is

ORDERED that Defendant is competent to stand trial and that there is no legal impediment to him proceeding in this action.  It is

FURTHER ORDERED that a four-day jury trial is set to commence on **Monday, July 1, 2013, at 8:30 a.m.**  It is

FURTHER ORDERED that a Final Trial Preparation Conference is set for **Monday, June 24, 2013, at 4:00 p.m.**  Finally, it is

ORDERED that jury instructions, propose voir dire questions, witness lists and exhibit lists in conformity with my Practice Standards shall be filed by **Wednesday, June 19, 2013**.

Dated:  May 28, 2013

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Senior United States District Judge